No. 461. APTHEKER ET AL. *v.* SECRETARY OF STATE. Appeal from the United States District Court for the

District of Columbia. Probable jurisdiction noted. *John J. Abt* and *Joseph Forer* for appellants. *Solicitor General Cox* for appellee.